AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cook, Jr., Julian A | U.S. District Court | 03/25/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Sr., US District Court Judge | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 231 W. Lafayette Street <br> Suite 718 <br> Detroit, Michigan 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL
DISCLOSURE OFFICE

2008 MAY -9 A 10: 28

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 03/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Trial Advocacy | January 9-12, 2007 | Charlottesville, Virginia | Trial Advocacy | Hotel, Meals and Transportation |
| 2. | Sixth Circuit Pattern Jury Instructions Committee | February 7-8, 2007 | Cincinnati, Ohio | Cir. Judicial Council Mtg | Hotel, Meals and Transportation |
| 3. | DOJ-National Advocacy Center-FJC | November 6-8, 2007 | Columbia, South Carolina | Educational Seminar | Hotel, Meals and Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 03/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Intel | A | Dividend | K | T | | | | | |
| 2. Vodafone | A | Dividend | J | T | | | | | |
| 3. Wal Mart | A | Dividend | K | T | | | | | |
| 4. RMA Money Market | A | Interest | K | T | | | | | |
| 5. US Savings Bonds | C | Interest | J | T | | | | | |
| 6. Cisco Systems | A | Dividend | K | T | | | | | |
| 7. Exxon Mobil | B | Dividend | L | T | | | | | |
| 8. General Electric | B | Dividend | L | T | | | | | |
| 9. ▮▮▮▮, Orangeburg, SC | | None | M | W | | | | | |
| 10. Lord Abbett Affiliated Fund - IRA | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Affiliated Fund - IRA | A | Dividend | J | T | | | | | |
| 12. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 13. Lord Abbett Mid Cap Fund IRA | A | Dividend | J | T | | | | | |
| 14. Lord Abbett Mid Cap Fund | A | Dividend | K | T | | | | | |
| 15. Lord Abbett Mid Cap Fund | A | Dividend | K | T | | | | | |
| 16. Verizon | A | Dividend | J | T | | | | | |
| 17. Quest | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Alloiance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 19.  Alliance Bernstein Muni Fund | D | Dividend | M | T | | | | | |
| 20.  Fannie Mae | A | Dividend | | | Sell | 01/31 | J | A | UBS |
| 21.  Pfizer | A | Dividend | | | Sell | 01/31 | J | A | UBS |
| 22.  General Motors | A | Dividend | J | T | | | | | |
| 23.  Federated Muni Opportunity Fund | A | Dividend | K | T | | | | | |
| 24.  Federated Muni Opportunity Fund | A | Dividend | L | T | | | | | |
| 25.  Eaton Vance National Muni Fund | C | Dividend | L | T | | | | | |
| 26.  Amgen | A | Dividend | J | T | | | | | |
| 27.  Home Depot | A | Dividend | J | T | | | | | |
| 28.  AT&T | A | Dividend | J | T | | | | | |
| 29.  Apple | A | Dividend | L | T | | | | | |
| 30.  Citigroup | A | Dividend | J | T | | | | | |
| 31.  Idearc | A | Dividend | J | T | | | | | |
| 32.  Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 33.  Lord Abbett Balanced Fund | A | Dividend | L | T | | | | | |
| 34.  Lord Abbett Balanced Fund - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 03/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mich. State Hospital Fund | A | Interest | | | Redemption | 07/26 | L | A | UBS |
| 36. Mich. Hospital Fund | A | Interest | | | Recemption | 07/26 | K | A | UBS |
| 37. MFSMuni High Income Fund | A | Dividend | J | T | | | | | |
| 38. Henderson International Fund | A | Dividend | J | T | | | | | |
| 39. Henderson International Fund | A | Dividend | K | T | | | | | |
| 40. Henderson International Fund | A | Dividend | J | T | | | | | |
| 41. Henderson International Fund - IRA | A | Dividend | J | T | | | | | |
| 42. Henderson International Fund - IRA | A | Dividend | J | T | | | | | |
| 43. Lord Abbett Small Cap Blend Fund | A | Dividend | J | T | | | | | |
| 44. Black Rock | A | Interest | L | T | | | | | |
| 45. Mainstay Map Fund | A | Dividend | K | T | Buy | 01/31 | K | | UBS |
| 46. Mainstay Map Fund | A | Dividend | K | T | Buy | 01/31 | J | | UBS |
| 47. ING Diversified Intl. Fd. | A | Dividend | L | T | Buy | 01/31 | L | | UBS |
| 48. Goldman Sachs Muni Fd. | B | Dividend | K | T | Buy | 02/01 | K | | UBS |
| 49. Goldman Sachs Muni Fd. | B | Dividend | K | T | Buy | 02/01 | K | | UBS |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | PI =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 03/25/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Jr., Julian A | 03/25/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WI                        CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544